# District of Columbia Court of Appeals

No. 13-BG-842

In the Matter of
ALLEN BRUFSKY
A Member of the Bar of the
District of Columbia
Court of Appeals
Bar Registration No. 64956



BDN: 251-13

## ORDER

Having received a certified copy of an order of the Supreme Court of Florida, suspending respondent from the practice of law for ninety-one days, it is, accordingly, pursuant to D.C. Bar Rule XI, § 11 (d),

ORDERED that respondent is suspended from the practice of law in the District of Columbia pending final disposition of this proceeding, effective on the date of entry of this order, and it is

FURTHER ORDERED that respondent show cause within thirty days why he should not be suspended from the practice of law in the District of Columbia for 91 days with a fitness requirement. It is

FURTHER ORDERED that Bar Counsel shall reply to respondent's response no later than fifteen days after service of the response. Alternatively, no later than fifteen days after respondent's response was due, Bar Counsel may object to the imposition of reciprocal discipline based upon the factors set forth in D.C. Bar Rule XI, § 11 (c). Bar Counsel shall provide the court with the relevant portions of the record of the proceeding in the other disciplining court, the statute and rules that governed it, and a short statement identifying all of the issues that the matter presents. It is

FURTHER ORDERED that if Bar Counsel opposes the imposition of identical discipline, Bar Counsel shall (1) recommend appropriate non-identical discipline or (2) request that the matter be referred to the Board for its recommendation as to discipline. Respondent may reply within ten days after

No. 13-BG-842

service of Bar Counsel's submission. It is

FURTHER ORDERED that respondent's attention is drawn to the requirement of Rule XI, § 14 relating to suspended attorneys and to the provisions of Rule XI, § 16 ( c) dealing with the timing of eligibility for reinstatement as related to compliance with Rule XI, § 14, including the filing of the required affidavit.

BY THE COURT:

ERIC T. WASHINGTON
Chief Judge

Copies to:

Allen Brufsky
9805 Clydedale Street
Potomac, MD 20854

Theodore D. Frank, Esquire
Chair, Board on Professional Responsibility
430 E Street, N.W., Suite 138
Washington, D.C. 20001

Wallace E. Shipp, Jr., Esquire
Bar Counsel, Office of Bar Counsel
515 5th Street, N.W. Suite 117
Washington, D.C. 20001

emb